IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CHARLES J. SCHENECKER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Civ. Case No. 05-0331-CV-W-NKL |
| ) | Crim. Case No. 02-0268-CR-W-NKL |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a trial by jury.

XX    Decision by Court.  This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the

Honorable Nanette K. Laughrey on August 4, 2005, Schenecker's Motion to Vacate, Set

Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. # 1] is DENIED.

                                          AT THE DIRECTION OF THE COURT

Dated: August 4, 2005                     P.L. BRUNE
                                          Clerk

                                          s/ RENEA KANIES
                                          By: Renea Kanies, Courtroom Deputy